JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS W. BEE, III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY d/b/a PROGRESSIVE; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:25-cv-00515-RFB-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between the Plaintiff, DENNIS W. BEE, III ("Plaintiff"), by and through his attorneys of record, REMMEL LAW FIRM, and Defendant, PROGRESSIVE DIRECT INSURANCE ("Defendant"), by and through its attorneys of record, HARPER | SELIM, that the above-entitled matter be dismissed with prejudice; each party to bear

/ / /

their own costs and attorney fees.

DATED this 23 day of April 2025.                DATED this 24th day of April 2025.

REMMEL LAW FIRM                                 HARPER | SELIM

_____                 _____
JONATHAN T. REMMEL                              JAMES E. HARPER
Nevada Bar No. 8627                             Nevada Bar No. 9822
804 South Jones Blvd.                           SABRINA G. WIBICKI
Las Vegas, NV 89107                             Nevada Bar No. 10669
*Attorneys for Plaintiff*                       1935 Village Center Circle
                                                Las Vegas, NV 89134
                                                *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

The **Clerk of Court** is directed to **close this case.**

**Dated:** this 25th day of April, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE